The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ANDREW HEDDEN, et al., | NO. C05-0999 TSZ |
| Plaintiffs, | NOTICE OF DEPOSITION AND SUBPOENA DUCES TECUM TO MACKENZIE HAMILTON |
| v. | |
| CITY OF SEATTLE, et al., | |
| Defendants. | |

To:  Mackenzie Hamilton
c/o Paul Richmond
Law Office of Paul Richmond
600 First Avenue, Suite 331
Seattle, WA  98104

YOU ARE HEREBY COMMANDED to be and appear at the offices of STAFFORD FREY COOPER, 3100 Two Union Square, 601 Union Street, Seattle, Washington 98101 on Wednesday, November 15, 2006, at 9:00 a.m., then and there to give testimony upon oral examination at the request of the defendants in the above-entitled cause, and to remain in attendance upon the undersigned or other Notary Public until discharged.

YOU ARE FURTHER COMMANDED to bring with you at said time and place the following documents or tangible things:

---

NOTICE OF DEPOSITION AND SUBPOENA DUCES TECUM TO MACKENZIE HAMILTON - 1

C05-0999 TSZ
3019-027230   121162

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900   FAX 206.624.6885

1. All diaries, documents, e-mails, and written notes that reflect your *observations* of the demonstration events.[1]

2. All photographs, audio recordings, video recordings, or other media taken by you of the demonstration events.

3. A copy of the flyers you handed out during the demonstration.

4. All evidence gathered at the scene of the demonstration, including but not limited to physical evidence of "non-lethal" weaponry.

5. All documents, materials, and/or written communications exchanged between you and the plaintiffs or other demonstrators before and during the demonstration.

6. All documents related to the permitting process for the demonstration.

**HEREIN FAIL NOT AT YOUR PERIL**.

DATED this 7th day of November, 2006.

STAFFORD FREY COOPER

By: /s/ Darrin E. Bailey via ECF_____
Ted Buck, WSBA #22029
Krista S. Mirhoseini, WSBA #22134
Darrin E. Bailey, WSBA #34955
Attorneys for Defendant City of Seattle
Stafford Frey Cooper
601 Union Street, Suite 3100
Seattle, WA  98101-1374
Phone:  206-623-9900
Fax:  206-624-6885
TBuck@StaffordFrey.com
KMirhoseini@StaffordFrey.com
DBailey@StaffordFrey.com

---

[1] Demonstration refers to the demonstration that occurred in Seattle, Washington on June 2, 2003, as referenced in your Complaint.

NOTICE OF DEPOSITION AND SUBPOENA DUCES TECUM TO MACKENZIE HAMILTON - 2

C05-0999 TSZ
3019-027230   121162

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

## Certificate of Service

I certify that on the date noted below I electronically filed this document entitled Notice of Deposition and Subpoena Duces Tecum to MACKENZIE HAMILTON with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

| | |
|---|---|
| Kristofer J. Bundy, 19840<br>kris.bundy@metrokc.gov<br>King County Prosecuting Attorney's Office<br>900 King County Administration Bldg.<br>500 Fourth Avenue<br>Seattle, WA 98104<br>(206) 296-9058<br>FAX: (206) 296-8819<br>   *Attorneys for Defendant King County Sheriff's Office* | Paul Richmond, 32306<br>Law Office of Paul Richmond<br>600 First Avenue, Suite 331<br>Seattle, WA 98104<br>(206) 382-6275<br>FAX: (206) 382-4941<br>   *Attorneys for Plaintiffs* |
| Lawrence A. Hildes<br>lhildes@earthlink.net<br>Law Offices of Lawrence A. Hildes<br>PO Box 5405<br>Bellingham, WA 98227<br>(360) 715-9788<br>FAX: (360) 714-1791<br>   *Attorneys for Plaintiffs* | Robert Steven Puz, 17407<br>stevep@atg.wa.gov<br>Robert Steven Puz, 17407<br>Office of the Attorney General<br>629 Woodland Square Loop SE<br>Olympia, WA 98504-0126<br>(360) 438-7316<br>FAX: (360) 459-6967<br>   *Attorneys for Defendants Cliff Pratt and Jane Doe Pratt* |
| Zanetta L. Fontes<br>Warren Barber & Fontes<br>100 South Second Street<br>PO Box 626<br>Renton, WA 98057<br>(425) 255-8678<br>FAX: (425) 255-5474<br>   *Attorneys for Defendant Renton Police Department* | |

DATED this 7th day of November, 2006, at Seattle, Washington.

STAFFORD FREY COOPER

By: /s/ Darrin E. Bailey via ECF
Darrin E. Bailey, WSBA #34955
Attorneys for Defendant
Stafford Frey Cooper
601 Union Street, Suite 3100
Seattle, WA 98101-1374
Phone: 206-623-9900
Fax: 206-624-6885
DBailey@StaffordFrey.com

NOTICE OF DEPOSITION AND SUBPOENA DUCES TECUM TO MACKENZIE HAMILTON - 3

C05-0999 TSZ
3019-027230  121162

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885