UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW HEDDEN, et al., <br><br>　　　　　　　　　　Plaintiffs, <br><br> v. <br><br> CITY OF SEATTLE, et al., <br><br>　　　　　　　　　　Defendants. | No. C05-999Z <br><br> MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　　(1)　The Court has reviewed the Plaintiff's Motion for Summary Judgment, docket no. 195, which seeks Summary Judgment based on the City of Seattle's failure to answer the Plaintiff's Amended Complaint, docket no. 180.  Because the only asserted basis for Summary Judgment is the City's failure to answer, the Court construes Plaintiff's Motion for Summary Judgment, docket no. 195, as a Motion for Default.  The City having now filed an Answer, docket no. 198, the Court DENIES Plaintiff's Motion for Summary Judgment, docket no. 195.

　　　(2)　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

　　　Filed and entered this 9th day of November, 2006.

　　　　　　　　　　　　　　　　　　BRUCE RIFKIN, Clerk


　　　　　　　　　　　　　　　　　　　　s/ Claudia Hawney
　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　Claudia Hawney
　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER　1–