The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| ANDREW HEDDEN, et al., | NO. C05-0999 TSZ |
|---|---|
| Plaintiffs, v. | NOTICE OF DEPOSITION TO PLAINTIFF NICOLE MARIE BADE |
| CITY OF SEATTLE, et al., | |
| Defendants. | |

To:        Plaintiff Nicole Marie Bade

AND TO:    Paul Richmond, Plaintiff's Attorney of Record

PLEASE TAKE NOTICE that the testimony of plaintiff Nicole Marie Bade will be taken upon oral examination at the instance and request of the defendants in the above captioned action on November 20, 2006 at 1:30 p.m. in the offices of STAFFORD FREY COOPER, 3100 Two Union Square, 601 Union Street, Seattle, Washington 98101. Said deposition is subject to continuance from time to time or place to place until completed, and to be taken on the ground and for the reason the said witness will give evidence material to the establishment of defendants' case.

NOTICE OF DEPOSITION TO NICOLE MARIE BADE - 1

C05-0999 TSZ
3019-027230  121162

STAFFORD FREY COOPER

PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

1  DATED this 10th day of November, 2006.

2                                      STAFFORD FREY COOPER

3

4                                      By: /s/ Darrin E. Bailey via ECF
                                          Ted Buck, WSBA #22029
                                          Krista S. Mirhoseini, WSBA #22134
5                                         Darrin E. Bailey, WSBA #34955
                                          Attorneys for Defendant City of Seattle
6                                         Stafford Frey Cooper
                                          601 Union Street, Suite 3100
                                          Seattle, WA  98101-1374
7                                         Phone:  206-623-9900
                                          Fax:  206-624-6885
8                                         TBuck@StaffordFrey.com
                                          KMirhoseini@StaffordFrey.com
                                          DBailey@StaffordFrey.com
9

NOTICE OF DEPOSITION TO NICOLE MARIE BADE
- 2

C05-0999 TSZ
3019-027230  121162

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

Certificate of Service

I certify that on the date noted below I electronically filed this document entitled Notice of Deposition to NICOLE MARIE BADE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Kristofer J. Bundy, 19840
kris.bundy@metrokc.gov
King County Prosecuting Attorney's Office
900 King County Administration Bldg.
500 Fourth Avenue
Seattle, WA 98104
(206) 296-9058
FAX: (206) 296-8819
    *Attorneys for Defendant King County Sheriff's Office*

Paul Richmond, 32306
Law Office of Paul Richmond
600 First Avenue, Suite 331
Seattle, WA 98104
(206) 382-6275
FAX: (206) 382-4941
    *Attorneys for Plaintiffs*

Lawrence A. Hildes
lhildes@earthlink.net
Law Offices of Lawrence A. Hildes
PO Box 5405
Bellingham, WA 98227
(360) 715-9788
FAX: (360) 714-1791
    *Attorneys for Plaintiffs*

Robert Steven Puz, 17407
stevep@atg.wa.gov
Robert Steven Puz, 17407
Office of the Attorney General
629 Woodland Square Loop SE
Olympia, WA 98504-0126
(360) 438-7316
FAX: (360) 459-6967
    *Attorneys for Defendants Cliff Pratt and Jane Doe Pratt*

Zanetta L. Fontes
Warren Barber & Fontes
100 South Second Street
PO Box 626
Renton, WA 98057
(425) 255-8678
FAX: (425) 255-5474
    *Attorneys for Defendant Renton Police Department*

DATED this 10th day of November, 2006, at Seattle, Washington.
STAFFORD FREY COOPER

By: /s/ Darrin E. Bailey via ECF
Darrin E. Bailey, WSBA #34955
Attorneys for Defendant
Stafford Frey Cooper
601 Union Street, Suite 3100
Seattle, WA 98101-1374
Phone: 206-623-9900
Fax: 206-624-6885
DBailey@StaffordFrey.com

NOTICE OF DEPOSITION TO NICOLE MARIE BADE
- 3

C05-0999 TSZ
3019-027230 121162

**STAFFORD FREY COOPER**
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885