THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| Andrew Hedden, Robert Barnes, KL Shannon, Dr. John Bucher, Christopher Konkel, Terry Batterson, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> City of Seattle, et al, <br><br> Defendants | Case No.: 2:05 999 TSZ <br><br> DECLARATION OF PAUL RICHMOND IN SUPPORT OF REQUEST TO SEVER CASE OF THE LATE TERRY BATTERSON, AND TO GRANT AN EXTENSION TO ALLOW APPOINTMENT OF A PERSONAL REPRESENTATIVE, AND TO ALLOW COUNSEL RICHMOND TO WITHDRAW FROM THIS CASE FOR THIS PLAINTIFF. <br><br> NOTED FOR FRIDAY DECEMBER 15, 2006 |

Paul Richmond swears as follows:

1) I am over eighteen years old, a resident of Seattle Washington and Competent to testify in this matter.

2) I am counsel for Plaintiffs in this matter.

3) Mr. Batterson, a Plaintiff, is recently deceased.

4) There is reasonable question as to whether Mr. Batterson's death was a suicide.

5) There is reasonable question as to whether that suicide was a result of what happened on June 5, 2006.

6) The underlying circumstances in the case involving the late Mr. Batterson are substantially different from those of the remaining plaintiffs.

7) The most substantial harms that occurred to Mr. Terry Batterson occurred three days later than those of the other Plaintiffs at a smaller demonstration.

8) The events that occurred to Mr. Batterson are described in the original Complaint filed as Dkt.1, and Dkt. 2 at 1.18, 3.114, and 3.135.

9) As is captured in a videotape Batterson took, he was videotaping a young demonstrator walking in front of a line of police guarding the Red Lion Inn.

10) In this videotape, several officers tackled and arrested this demonstrator.

11) Batterson, still videotaping, begins shouting at these officers.

12) Several of these officers, tackle and arrest Batterson.

13) A copy of this is attached as Exhibit 1, DVD taken by Mr. Batterson, previously provided as DVD 2, Disclosure of June 11. 2006, at the start of clip two. This has been sent to the Court under separate cover.

14) This videotape is the complete copy of Mr. Batterson's videotape of those days' events possessed by Counsel Richmond.

15) Batterson contacted me in the Spring of 2006, and indicated that he wanted to be removed from this case.

16) When the amended complaint was filed, Batterson was per his instructions, removed as a Plaintiff.

17) On or about late October Counsel I received information from friends of Mr. Batterson, that Mr. had died and that Mr. Batteron's death was a suicide.

18) In addition I received information that the late Mr. Batterson's suicide was linked to events surrounding his arrest on June 5, 2003.

19) I have confirmed Mr. Batterson's death through the Social Security Death Registry.

20) While I cannot say this is true conclusively that Mr. Batterson's death was a suicide, and I am limited by rules of confidentiality, this is certainly plausible that he committed suicide.

21)   Additionally, it is plausible that when Mr. Batterson communicated his desire to end his involvement in this case, Mr. Batterson was in an a suicidal state of mind and almost certainly in a state of mental distress.

22)   After consulting with Ethics Counsel, I was advised that the decision as to whether a cause of action remained is one best left to a Personal Representative of the Deceased's Estate.

23)   I have checked with the King County Clerk's Office and at present no representative is known to exist.

24)   King County, is the deceased's last county of residence.

25)   I believe in good faith that would make it difficult for me to represent the deceased Mr. Batterson effectively.

26)   I consulted with opposing counsel and attempted to see if a stipulated motion could be worked out with Defendants' Counsel, before filing this motion.

I swear the above is true and based upon my personal knowledge and/or reasonable belief, so sworn this 6th day of December, 2006.

/s/ Paul Richmond
Paul Richmond, WSBA 32306
Law Office of Paul Richmond
600 1st Avenue, Suite 331
Seattle, WA, 98104

DECLARATION OF PAUL RICHMOND IN SUPPORT OF REQUEST TO SEVER CASE OF TERRY BATTERSON - 3

Law Office of Paul Richmond
600 1st Avenue, Suite 331
Seattle, WA, 98104

CERTIFICATE OF SERVICE

I hereby certify that on December 6th 2006 I caused the attached documents

COUNSEL'S REQUEST TO SEVER PLAINTIFF TERRY BATTERSON AND APPOINT A PERSONAL

REPRESENTATIVE, DECLARATION OF PAUL RICHMOND, PROPOSED ORDER

to be filed through the Court's ECF filing system which will send notice to the following:

Ted Buck, Associated Counsel tbuck@staffordfrey.com
Raul Martinez, rmartinez@staffordfrey.com
Darrin Bailey, dbailey@staffordfrey.com
Tobin Dale, tdale@staffordfrey.com
Counsel for City Defendants, Stafford Frey Cooper

/s/ Paul Richmond, through ECF
Paul Richmond

DECLARATION OF PAUL RICHMOND IN
SUPPORT OF REQUEST TO SEVER CASE OF
TERRY BATTERSON - 4

Law Office of Paul Richmond
600 1st Avenue, Suite 331
Seattle, WA, 98104