|   |   |
|---|---|
| 1 | THE HONORABLE THOMAS S. ZILLY |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| Andrew Hedden, Robert Barnes, KL Shannon, Dr. John Bucher, Christopher Konkel, Terry Batterson, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> City of Seattle, et al, <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 2:05 999 TSZ <br><br> PLAINTIFF WITHDRAWS REQUEST TO SEVER CASE OF THE LATE TERRY BATTERSON, AND TO GRANT AN EXTENSION TO ALLOW APPOINTMENT OF A PERSONAL REPRESENTATIVE, AND TO ALLOW COUNSEL RICHMOND TO WITHDRAW FROM THIS CASE FOR THIS PLAINTIFF. |

Plaintiffs' Counsel WITHDRAWS their Request to Sever the case of Mr. Batterson and Appoint a Personal Representative.

Plaintiffs' Counsel has had the opportunity to further investigate the allegations they heard surrounding Mr. Batterson's death and Mr. Batterson's decision prior to this death. The best evidence indicates that Mr. Batterson's death was not a suicide, but was the result of a camping accident. Further Plaintiffs' Counsel has found no substantive evidence that Mr. Batterson was not making a knowledgeable decision when he instructed his counsel to drop this suit before his death. Plaintiffs' Counsel has reviewed these facts with WSBA ethics counsel, and WSBA ethics counsel has confirmed that under these circumstances, plaintiffs' counsel may safely dismiss this case and is under no obligation to appoint a personal representative.

Accordingly this request is withdrawn.

1
2    .Respectfully submitted this 11th day of February, 2007.
3
4                                                        /s/ Paul Richmond
                                                         Paul Richmond, WSBA 32306
5                                                        Law Office of Paul Richmond
                                                         2023 East Sims Way, #263
6                                                        Port Townsend, WA, 98368
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2007 I caused the attached documents

WITHDRAWAL OF COUNSEL'S REQUEST TO SEVER PLAINTIFF TERRY BATTERSON AND

APPOINT A PERSONAL REPRESENTATIVE

to be filed through the Court's ECF filing system which will send notice to the following:

Ted Buck, Associated Counsel tbuck@staffordfrey.com
Raul Martinez, rmartinez@staffordfrey.com
Darrin Bailey, dbailey@staffordfrey.com
Tobin Dale, tdale@staffordfrey.com
Counsel for City Defendants, Stafford Frey Cooper

/s/ Paul Richmond, through ECF
Paul Richmond

REQUEST TO SEVER CASE OF TERRY
BATTERSON - 3

Law Office of Paul Richmond
2023 East Sims Way, #263
Port Townsend, WA, 98368